UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD BLANKENSHIP, et al.,

    Plaintiffs,

v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 20-cv-04479-RS

**ORDER REQUESTING ADDITIONAL BRIEFING**

In light of Plaintiffs' pending Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 2), Defendants are hereby ordered to file a brief in opposition by the close of business on Friday, July 10, 2020. Plaintiffs are instructed to file a reply by the close of business on Tuesday, July 14, 2020.

After reviewing both parties' submissions, the Court will either schedule a hearing on the motion, to be conducted as a videoconference, or will take the matter under submission without oral argument.

**IT IS SO ORDERED**.

Dated: July 7, 2020

RICHARD SEEBORG
United States District Judge