IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD BLANKENSHIP and DENISE PURSCHE,

Plaintiffs,

v.

GAVIN NEWSOM, in his official capacity as Governor of California, and ALEX PADILLA, in his official capacity as Secretary of State of California,

Defendants

Case No. 3:20-cv-04479

**DECLARATION OF ANGELICA QUIRARTE IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

**DECLARATION OF ANGELICA QUIRARTE**

I, Angelica Quirarte, declare:

1. I make this declaration based on my own personal knowledge, and if called upon as a witness to testify in this matter, I could and would testify competently to the matters stated herein.

2. I have been Assistant Secretary for Digital Engagement at the California Government Operations Agency since December 2017.

3. The State maintains a website at https://covid19.ca.gov that provides information to Californians about COVID-19 and California's response to COVID-19, including up-to-date directives from the State Public Health Officer and other guidance. As Assistant Secretary for Digital Engagement, my responsibilities include supervising the maintenance of this website.

4. The State's COVID-19 website contains a webpage titled "Stay home Q&A" at https://covid19.ca.gov/stay-home-except-for-essential-needs/. This page contains directives from the State Public Health Officer.

5. On May 1, 2020, I reviewed text to be added to the webpage at https://covid19.ca.gov/stay-home-except-for-essential-needs/. After I reviewed that text, I assigned it to a subordinate to upload to the webpage; I subsequently reviewed the webpage to confirm that the correct text had been uploaded. Among the text that was uploaded on May 1 was the following entry:

> **What about voting?**
> Elections are an essential activity, and the Governor has issued executive orders specifically addressing election procedures. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Of course, whenever you engage in any permissible activity—including the collection and dropoff of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.

6. A true and correct copy of a log reflecting the addition of this entry on May 1 is attached as Exhibit 1.

7. On May 13, 2020, further changes were made to the entry described above. As updated on May 13, that text read:

**How do I vote?**

Elections are an essential activity, and the Governor has issued executive orders to ensure elections are safe and accessible. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Existing laws address the use of vote-by-mail ballots in California elections, and those laws remain in effect unless otherwise noted.

Of course, whenever you engage in any permissible activity—including the collection and drop-off of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.

8. A true and correct copy of a log reflecting the changes made to this entry on May 12 is attached as Exhibit 2.

9. On June 5, 2020, further changes were made to the entry described above. As updated on June 5, that text reads:

**How do I vote?**

Elections are an essential activity, and the Governor has issued executive orders to ensure elections are safe and accessible. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. Additionally, many in-person voting opportunities will be available: counties are required to provide three days of early voting starting the Saturday before the election, and open ballot drop-box locations between October 6 and November 3, 2020. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Except where suspended by Executive Order, existing laws addressing the use of vote-by-mail ballots in California elections remain in effect.

Of course, whenever you engage in any permissible activity—including the collection and drop-off of ballots, or other election-related activities (such as the collection of signatures to qualify candidates or measures for the ballot)—adhere to physical distancing and other applicable public health directives.

10. A true and correct copy of a log reflecting the changes made to this entry on June 5 is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 09, 2020

Angelica Quirarte

4

Decl. of Angelica Quirarte ISO Defs. Opp. (3:20-cv-04479)

# EXHIBIT 1



Search or jump to... Pull requests Issues Marketplace Explore

cagov / covid19

Unwatch 9 Unstar 23 Fork 8

Code Issues 57 Pull requests 5 Actions Projects 1 Wiki Security 0 Insights Settings

## Update page - stay-home-except-for-essential-needs.html

master

WordPressService committed on May 1

1 parent d330f04 commit 07852f784443568214c11280905d459bb225bd13

Browse files

Showing 1 changed file with 10 additions and 2 deletions

Unified Split

12 pages/wordpress-posts/stay-home-except-for-essential-needs.html

```
@@ -3,7 +3,7 @@
```

Left (before):

```
 title: "Stay home except for essential needs"
 meta: "Current guidance on the California coronavirus / COVID-19 stay home order. Who needs to stay home, what are essential needs, what's open and what's closed, when the order might be lifted."
 author: "State of California"
- publishdate: "2020-05-01T02:06:04Z"
 addtositemap: true
 ---
```

Right (after):

```
 title: "Stay home except for essential needs"
 meta: "Current guidance on the California coronavirus / COVID-19 stay home order. Who needs to stay home, what are essential needs, what's open and what's closed, when the order might be lifted."
 author: "State of California"
+ publishdate: "2020-05-01T18:50:56Z"
 addtositemap: true
 ---
```

```
@@ -71,6 +71,14 @@ <h4 class="wp-accordion">How does this order interact with local orders to shelt
```

Left (before):

```
 <h3 class="h2" id="business">Business and taxes</h3>
```

Right (after):

```
+ <h4 class="wp-accordion">What about voting?</h4>
+
+
+
+ <p class="wp-accordion-content">Elections are an essential activity, and the Governor has issued executive orders specifically addressing election procedures. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Of course, whenever you engage in any permissible activity—including the collection and dropoff of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.</p>
+
+
+
 <h3 class="h2" id="business">Business and taxes</h3>
```

```
@@ -115,7 +123,7 @@ <h4 class="wp-accordion">Are daycares still open? Can my babysitter still come t
```

Left (before):

```
- <p class="wp-accordion-content">Yes. Many child care centers and family child care homes are still open. Those that remain open should employ heightened cleaning and distancing requirements. Babysitters may also come to the house to care for minors of parents.</p>

 <h3 class="h2" id="health">Health care and helping sick relatives</h3>

 <h4 class="wp-accordion">What if I need to visit a health care provider?</h4>

 <p class="wp-accordion-content">If you are feeling sick with flu-like symptoms, please first call your doctor, a nurse hotline, or an urgent care center. <br><br>If you need to go to the hospital, call ahead so they can prepare for your arrival. If you need to call 911, tell the 911 operator the exact symptoms you are experiencing so the ambulance provider can prepare to treat you safely.</p>

 <h4 class="wp-accordion">What about routine, elective or non-urgent medical appointments?</h4>

 <p class="wp-accordion-content">Preventive care services and non-emergency surgeries, like organ replacements and tumor removals, can take place if hospitals have enough capacity and protective equipment to do so safely. Eye exams, teeth cleanings, and elective procedures should be cancelled or rescheduled. If possible, health care visits should be done remotely. Contact your health care provider to see what services they are providing.</p>

 <h4 class="wp-accordion">Can I still go out to get my prescriptions?</h4>

 <p class="wp-accordion-content">Yes. You may leave your home to obtain prescriptions or get cannabis from a licensed cannabis retailer.</p>

 <h4 class="wp-accordion">How can I make sure the older Californians in my life are safe and healthy during the stay home order?</h4>

 <p class="wp-accordion-content">You should check in on your older neighbors and loved ones with a call, text or physically distanced door knock to make sure they are okay. You can also teach them how to FaceTime, Zoom
```

Right (after):

```
+ <p class="wp-accordion-content">Yes. Many child care centers and family child care homes are still open. Those that remain open should employ heightened cleaning and distancing requirements. Babysitters may also come to the house to care for minors of parents.</p>

 <h3 class="h2" id="health">Health care and helping sick relatives</h3>

 <h4 class="wp-accordion">What if I need to visit a health care provider?</h4>

 <p class="wp-accordion-content">If you are feeling sick with flu-like symptoms, please first call your doctor, a nurse hotline, or an urgent care center. <br><br>If you need to go to the hospital, call ahead so they can prepare for your arrival. If you need to call 911, tell the 911 operator the exact symptoms you are experiencing so the ambulance provider can prepare to treat you safely.</p>

 <h4 class="wp-accordion">What about routine, elective or non-urgent medical appointments?</h4>

 <p class="wp-accordion-content">Preventive care services and non-emergency surgeries, like organ replacements and tumor removals, can take place if hospitals have enough capacity and protective equipment to do so safely. Eye exams, teeth cleanings, and elective procedures should be cancelled or rescheduled. If possible, health care visits should be done remotely. Contact your health care provider to see what services they are providing.</p>

 <h4 class="wp-accordion">Can I still go out to get my prescriptions?</h4>

 <p class="wp-accordion-content">Yes. You may leave your home to obtain prescriptions or get cannabis from a licensed cannabis retailer.</p>

 <h4 class="wp-accordion">How can I make sure the older Californians in my life are safe and healthy during the stay home order?</h4>

 <p class="wp-accordion-content">You should check in on your older neighbors and loved ones with a call, text or physically distanced door knock to make sure they are okay. You can also teach them how to FaceTime, Zoom
```

```
Google Duo or use Facebook video to communicate. The most important thing you can do is to keep in touch with older loved ones for their mental health and safety.</p>

<h4 class="wp-accordion">I am an older Californian who is isolating at home and I need non-urgent assistance. What can I do?</h4>

<p class="wp-accordion-content">You can call the statewide hotline for older Californians <a href="tel:1-833-544-2374">1-833-544-2374</a> for your non-urgent medical needs, to get meals delivered, track down prescriptions and more. The most important thing you can do is stay home for your health and wellbeing. If you are experiencing an emergency please call 9-1-1.</p>

<h4 class="wp-accordion">Can I leave home to care for my elderly parents or friends who require assistance to care for themselves? Or a friend or family member who has disabilities?</h4>

<p class="wp-accordion-content">Yes. Be sure that you protect them and yourself by following social distancing guidelines such as washing hands before and after, using hand sanitizer, maintaining at least six feet of distance when possible, and coughing or sneezing into your elbow or a tissue and then washing your hands. If you have early signs of a cold, please stay away from your older loved ones.</p>

<h4 class="wp-accordion">Can I visit loved ones in the hospital, nursing home, skilled nursing facility, or other residential care facility?</h4>

<p class="wp-accordion-content">Generally no. There are limited exceptions, such as if you are going to the hospital with a minor who is under 18 or someone who is developmentally disabled and needs assistance. For most other situations, the order prohibits non-necessary visitation to these kinds of facilities except at the end-of-life. This is difficult, but necessary to protect hospital staff and other patients.</p>

<h3 class="h2" id="outdoor"><strong>Outdoor recreation</strong></h3>

<h4 class="wp-accordion">NEW! Can I still exercise? Take my kids to the park for fresh air? Take a walk around the block?</h4>

<p class="wp-accordion-content">It's okay to go outside to go for a walk, to exercise, and participate in healthy activities as long as you <strong>maintain a safe physical distance of six feet and gather only with members of your household.</strong> Below is a non-exhaustive list of those outdoor recreational activities.</p>

<p class="wp-accordion-content">*Parks may be closed to help slow the spread of the virus. Check with local officials about park closures in your area.</p>

<ul class="wp-accordion-content"><li>Athletics</li><li>Badminton (singles)</li><li>Throwing a baseball/softball</li><li>BMX biking</li><li>Canoeing (singles)</li><li>Crabbing</li><li>Cycling</li><li>Exploring Rock Pools</li><li>Gardening (not in groups)</li><li>Golf (singles, walking &#8211; no cart)</li><li>Hiking (trails/ paths allowing distancing)</li><li>Horse Riding (singles)</li><li>Jogging and running</li><li>Kite Boarding and Kitesurfing</li><li>Meditation</li><li>Outdoor Photography</li><li>Picnics (with your stay-home household members only)</li><li>Quad Biking</li><li>Rock Climbing</li><li>Roller Skating and Roller Blading</li><li>Rowing (singles)</li><li>Scootering (not in groups)</li><li>Skateboarding (not in groups)</li><li>Soft Martial Arts - Tai Chi, Chi Kung (not in groups)</li><li>Table Tennis (singles)</li><li>Throwing a football, kicking a soccer ball (not in groups)</li><li>Trail Running</li><li>Trampolining</li><li>Tree Climbing</li><li>Volleyball (singles)</li><li>Walk the dog</li><li>Wash the car</li><li>Watch the sunrise or sunset</li><li>Yoga</li></ul>
```

```
Google Duo or use Facebook video to communicate. The most important thing you can do is to keep in touch with older loved ones for their mental health and safety.</p>

<h4 class="wp-accordion">I am an older Californian who is isolating at home and I need non-urgent assistance. What can I do?</h4>

<p class="wp-accordion-content">You can call the statewide hotline for older Californians <a href="tel:1-833-544-2374">1-833-544-2374</a> for your non-urgent medical needs, to get meals delivered, track down prescriptions and more. The most important thing you can do is stay home for your health and wellbeing. If you are experiencing an emergency please call 9-1-1.</p>

<h4 class="wp-accordion">Can I leave home to care for my elderly parents or friends who require assistance to care for themselves? Or a friend or family member who has disabilities?</h4>

<p class="wp-accordion-content">Yes. Be sure that you protect them and yourself by following social distancing guidelines such as washing hands before and after, using hand sanitizer, maintaining at least six feet of distance when possible, and coughing or sneezing into your elbow or a tissue and then washing your hands. If you have early signs of a cold, please stay away from your older loved ones.</p>

<h4 class="wp-accordion">Can I visit loved ones in the hospital, nursing home, skilled nursing facility, or other residential care facility?</h4>

<p class="wp-accordion-content">Generally no. There are limited exceptions, such as if you are going to the hospital with a minor who is under 18 or someone who is developmentally disabled and needs assistance. For most other situations, the order prohibits non-necessary visitation to these kinds of facilities except at the end-of-life. This is difficult, but necessary to protect hospital staff and other patients.</p>

<h3 class="h2" id="outdoor"><strong>Outdoor recreation</strong></h3>

<h4 class="wp-accordion">NEW! Can I still exercise? Take my kids to the park for fresh air? Take a walk around the block?</h4>

<p class="wp-accordion-content">It's okay to go outside to go for a walk, to exercise, and participate in healthy activities as long as you <strong>maintain a safe physical distance of six feet and gather only with members of your household.</strong> Below is a non-exhaustive list of those outdoor recreational activities.</p>

<p class="wp-accordion-content">*Parks may be closed to help slow the spread of the virus. Check with local officials about park closures in your area.</p>

<ul class="wp-accordion-content"><li>Athletics</li><li>Badminton (singles)</li><li>Throwing a baseball/softball</li><li>BMX biking</li><li>Canoeing (singles)</li><li>Crabbing</li><li>Cycling</li><li>Exploring Rock Pools</li><li>Gardening (not in groups)</li><li>Golf (singles, walking &#8211; no cart)</li><li>Hiking (trails/ paths allowing distancing)</li><li>Horse Riding (singles)</li><li>Jogging and running</li><li>Kite Boarding and Kitesurfing</li><li>Meditation</li><li>Outdoor Photography</li><li>Picnics (with your stay-home household members only)</li><li>Quad Biking</li><li>Rock Climbing</li><li>Roller Skating and Roller Blading</li><li>Rowing (singles)</li><li>Scootering (not in groups)</li><li>Skateboarding (not in groups)</li><li>Soft Martial Arts - Tai Chi, Chi Kung (not in groups)</li><li>Table Tennis (singles)</li><li>Throwing a football, kicking a soccer ball (not in groups)</li><li>Trail Running</li><li>Trampolining</li><li>Tree Climbing</li><li>Volleyball (singles)</li><li>Walk the dog</li><li>Wash the car</li><li>Watch the sunrise or sunset</li><li>Yoga</li></ul>
```

**0 comments on commit** 07852f7

Lock conversation

Write Preview

Leave a comment

Attach files by dragging & dropping, selecting or pasting them.

Comment on this commit

Unsubscribe You're receiving notifications because you're watching this repository.

© 2020 GitHub, Inc. Terms Privacy Security Status Help Contact GitHub Pricing API Training Blog About

# EXHIBIT 2





Search or jump to... Pull requests Issues Marketplace Explore

cagov / covid19

Unwatch 9 Unstar 23 Fork 8

<> Code Issues 55 Pull requests 6 Actions Projects 1 Wiki Security 0 Insights Settings

**Update page - stay-home-except-for-essential-needs.html**

master

Browse files

WordPressService committed 29 days ago

1 parent 2be2af8 commit 9245d25c141d5c9d6f30300022b0706ef15ec110

Showing 1 changed file with 55 additions and 7 deletions

Unified Split

62 pages/wordpress-posts/stay-home-except-for-essential-needs.html

```
@@ -3,24 +3,32 @@

  title: "Stay home except for essential needs"
  meta: "Current guidance on the California coronavirus / COVID-19 stay home order. Who needs to shelter in place, what are essential needs, what's open and what's closed, when the order might be lifted."
  author: "State of California"
- publishdate: "2020-05-13T19:32:21Z"
+ publishdate: "2020-05-14T01:16:34Z"
  tags: ["translate"]
  addtositemap: true
  ---

- <p>All individuals living in the State of California are currently ordered to stay home or at their place of residence, leaving only for <a href="https://covid19.ca.gov/roadmap/">permitted work</a>, local shopping related to open sectors, healthcare, food, personal exercise and local outdoor recreation.</p>
+ <p>All individuals living in the State of California are currently ordered to stay home or at their place of residence, except for <a href="https://covid19.ca.gov/roadmap/">permitted work</a>, local shopping or other permitted errands, or as otherwise authorized (including in the Questions &amp; Answers below).</p>

- <p>Read the <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/SHO%20Order%205-7-2020.pdf">Public Health Order (PDF)</a></p>
+ <p>Read the May 7, 2020 <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/SHO%20Order%205-7-2020.pdf">Public Health Order (PDF)</a></p>

  <blockquote class="wp-block-quote"><p>See <a class="action-link" href="/essential-workforce/">essential jobs</a> and <a href="https://covid19.ca.gov/roadmap/">open sectors</a></p></blockquote>

- <h2 id="faq">Frequently asked questions</h2>
+ <h2 id="faq">Questions and answers</h2>
+
+
+
+ <h3>What is the relationship between the order and these questions and answers?</h3>
+
+
+
+ <p>The Governor has ordered Californians to obey the directives of the<br>State Public Health Officer. Those directives take many forms; they<br>include specific materials linked on this page, as well as these questions<br>and answers. These questions and answers are directives from the<br>State Public Health Officer, and have the same force and effect as other<br>State Public Health Officer directives.</p>

@@ -116,15 +124,55 @@ <h4 class="wp-accordion">How does this order interact with local orders to shelt

- <h4 class="wp-accordion">What about voting?</h4>
+ <h4>If I am not an Essential Critical Infrastructure Worker, can I still leave the house?</h4>
+
+
+
+ <p>Yes. As described in more detail elsewhere in applicable state public<br>health directives (including on this page), there are a wide range of<br>circumstances in which you may leave your home or other place of<br>residence, even if you are not an Essential Critical Infrastructure Worker.<br>For example, you may leave your home to work at any business or other<br>entity that is allowed to open, to patronize local businesses, or to care for<br>friends or family members who require assistance (as set forth below).<br>And errands like these are not the only reasons you may leave your<br>home: you may also leave your home with or without a specific<br>destination in mind (for example, to walk your dog, to engage in physical<br>recreation, or simply to get some fresh air) as long as you maintain<br>physical distancing and <strong>do not gather with any number of people who<br>are not members of your household.</strong></p>
+
+
+
+ <h4 class="wp-accordion">Can I organize a gathering, such as a party or a protest?</h4>
+
+
+
+ <p>The California Department of Public Health has determined that all<br>public gatherings with people who are not members of your household<br>—in any indoor or outdoor space—should be postponed or canceled to<br>curb community spread of COVID-19. State agencies are not issuing<br>permits for any gatherings—of any size, or any kind—at this time.<br>Gatherings will be permitted again once public health officials determine<br>they can be conducted in a manner consistent with public health and<br>safety. In the meantime, please postpone or cancel your gathering, and<br>consider whether you can find alternative ways to host your event that<br>do not require an in-person, physical gathering.</p>
+
+
+
+ <h3>Political activity</h3>
+
+
+
```

```
+
+
+
+ <p>There are many ways for you to express your political views without holding a physical, in-person gathering. For example, you may continue to call or write elected officials, write letters to the editor of news publications, display lawn or window signs, or use online and other electronic media (including Zoom rooms, Twitter feeds, Facebook Pages, and other digital forums) to express your views.  </p>
+
+
+
+ <p>Additionally, as noted above, you may leave your home as long as you <strong>do not gather with people who are not members of your household</strong>.  When you are otherwise out in public, public health directives do not prevent you from engaging in political expression—such as by wearing or carrying a sign—as long as you do not hold a gathering of any size, and otherwise maintain physical distancing.</p>
+
+
+
+ <p>If collective action in physical space is important to you, consider whether you and other participants can safely protest from within your cars. The State Public Health Officer does not consider in-car protests to be prohibited gatherings, if participants stay in their cars and otherwise remain apart from individuals who are not part of their households.  Many activists have organized car-based protests (honking horns, flying flags, displaying signs, and so on) to express their political views while complying with State public health directives.  </p>
+
+
+
+ <p>Whenever you are considering a protest (including an in-car protest), make sure you comply with all other applicable laws, including any local public health measures that may be more restrictive than statewide directives and any other applicable local laws.</p>
+
+
+
+ <h4 class="wp-accordion">How do I vote?</h4>
```

```
- <p class="wp-accordion-content">Elections are an essential activity, and the <a href="https://www.gov.ca.gov/2020/05/08/governor-newsom-issues-executive-order-to-protect-public-health-by-mailing-every-registered-voter-a-ballot-ahead-of-the-november-general-election/">Governor has issued an executive orders to ensure elections are safe and accessible</a>. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. </p>
```

```
+ <p class="wp-accordion-content">Elections are an essential activity, and the <a href="https://www.gov.ca.gov/2020/05/08/governor-newsom-issues-executive-order-to-protect-public-health-by-mailing-every-registered-voter-a-ballot-ahead-of-the-november-general-election/">Governor has issued executive orders to ensure elections are safe and accessible</a>. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Existing laws address the use of vote-by-mail ballots in California elections, and those laws remain in effect unless otherwise noted.</p>
```

```
- <p class="wp-accordion-content">Of course, whenever you engage in any permissible activity—including the collection and dropoff of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.</p>
```

```
+ <p class="wp-accordion-content">Of course, whenever you engage in any permissible activity—including the collection and drop-off of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.</p>
```

0 comments on commit 9245d25

Lock conversation

Write | Preview

Leave a comment

Attach files by dragging & dropping, selecting or pasting them.

Comment on this commit

Unsubscribe You're receiving notifications because you're watching this repository.

© 2020 GitHub, Inc. Terms Privacy Security Status Help Contact GitHub Pricing API Training Blog About

# EXHIBIT 3



Search or jump to... Pull requests Issues Marketplace Explore

cagov / covid19

Unwatch 9 | Unstar 23 | Fork 8

<> Code | Issues 55 | Pull requests 5 | Actions | Projects 1 | Wiki | Security 0 | Insights | Settings

## Update page - stay-home-except-for-essential-needs.html

master

Browse files

WordPressService committed 6 days ago

1 parent 5f4fd40 commit 98aea184f5d67c57db1869124c3b30c854a78b03

Showing 1 changed file with 56 additions and 20 deletions.

Unified | Split

76 pages/wordpress-posts/stay-home-except-for-essential-needs.html

```
@@ -3,7 +3,7 @@
   title: "Stay home Q&#038;A"                                       |   title: "Stay home Q&#038;A"
   meta: "Current guidance on the California coronavirus / COVID-19 stay home order. Who needs to shelter in place, what are essential needs, what's open and what's closed, when the order might be lifted."
                                                                     |   meta: "Current guidance on the California coronavirus / COVID-19 stay home order. Who needs to shelter in place, what are essential needs, what's open and what's closed, when the order might be lifted."
   author: "State of California"                                     |   author: "State of California"
 - publishdate: "2020-06-05T01:13:52Z"                               | + publishdate: "2020-06-05T22:13:39Z"
   tags: ["translate"]                                               |   tags: ["translate"]
   addtositemap: true                                                |   addtositemap: true
   ---                                                               |   ---

@@ -52,23 +52,23 @@ <h3>When does the stay home order go into effect and how long will we stay home?

 - <h4 class="wp-accordion" id="open">What's open?</h4>
 + <h4 class="wp-accordion" id="open">What's open statewide?</h4>

   <p class="wp-accordion-content"><strong>Essential services</strong> that protect public health, public safety, and provide essential needs will remain open, such as:</p>
   <p class="wp-accordion-content"><strong>Essential services</strong> that protect public health, public safety, and provide essential needs will remain open, such as:</p>

 - <ul class="wp-accordion-content"><li>Gas stations </li><li>Pharmacies</li><li>Food: Grocery stores, farmers markets, food banks, convenience stores, take-out and delivery restaurants </li><li>Banks </li><li>Laundromats/laundry services </li><li>Essential state and local government functions will also remain open, including law enforcement and offices that provide government programs and services.</li></ul>
 + <ul class="wp-accordion-content"><li>Gas stations </li><li>Pharmacies</li><li>Food: Grocery stores, farmers markets, food banks, convenience stores, take-out and delivery restaurants </li><li>Banks </li><li>Laundromats/laundry services </li><li>Childcare</li><li>Essential state and local government functions will also remain open, including law enforcement and offices that provide government programs and services.</li></ul>

   <p class="wp-accordion-content"><strong>Retailers</strong> can open statewide. All will require modifications to support social distancing. This includes:</p>
   <p class="wp-accordion-content"><strong>Retailers</strong> can open statewide. All will require modifications to support social distancing. This includes:</p>

 - <ul class="wp-accordion-content"><li>Shopping malls</li><li>Libraries (for delivery and curbside pickup)</li><li>Drive-in theaters (with modifications)</li><li>Bookstores</li><li>Jewelry stores</li><li>Toy stores</li><li>Clothing and shoe stores</li><li>Home and furnishing stores</li><li>Sporting goods stores</li><li>Florists</li></ul>
 + <ul class="wp-accordion-content"><li>Shopping malls</li><li>Libraries </li><li>Drive-in theaters (with modifications)</li><li>Bookstores</li><li>Jewelry stores</li><li>Toy stores</li><li>Clothing and shoe stores</li><li>Home and furnishing stores</li><li>Sporting goods stores</li><li>Florists</li></ul>

@@ -84,43 +84,47 @@ <h4 class="wp-accordion" id="open">What's open?</h4>

 - <p class="wp-accordion-content"><strong>Outdoor museums</strong></p>
 + <p class="wp-accordion-content"><strong>Schools and day camps</strong></p>

 - <p class="wp-accordion-content">The following may open only in <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/County_Variance_Attestation_Form.aspx">counties approved to move further ahead</a> in in the Resilience Roadmap:</p>
 + <p class="wp-accordion-content"><strong>Music, film, and TV production</strong></p>

 - <ul class="wp-accordion-content"><li>Dine-in restaurants</li><li>Hair salons and barber shops</li></ul>
 + <p class="wp-accordion-content"><strong>Professional sports (without live audiences)</strong></p>

 - <h4 class="wp-accordion">What's closed?</h4>
 + <h4 class="wp-accordion">What's closed statewide?</h4>

   <p class="wp-accordion-content">Statewide, the following are still closed:</p>
   <p class="wp-accordion-content">Statewide, the following are still closed:</p>

 - <ul class="wp-accordion-content"><li>Personal services, like nail salons and tattoo parlors</li><li>Bars and nightclubs </li><li>Entertainment venues, like movie theaters and arcade venues</li><li>Gyms and fitness studios </li><li>Public events and gatherings, like live audience sports </li><li>Convention centers</li><li>Community centers, public pools, playgrounds, and picnic areas</li><li>Theme parks and festivals</li><li>Hotels and lodging for non-essential travel</li><li>Higher education</li><li>Indoor museums, kids museums, gallery spaces, zoos and libraries</li></ul>
 + <ul class="wp-accordion-content"><li>Personal services, like nail salons, body waxing and tattoo parlors</li><li>Entertainment venues, like movie theaters and live theater </li><li>Public events and gatherings, like live audience sports </li><li>Convention centers</li><li>Theme parks and festivals</li><li>Higher education (in person)</li><li>Indoor playgrounds, like bounce centers, ball pits and laser tag</li><li>Saunas and steam rooms</li></ul>

 - <p class="wp-accordion-content">However, if your county has a variance, the following may open:</p>
 + <p class="wp-accordion-content"><strong>What is open with county variance?</strong></p>
```

```
- <ul class="wp-accordion-content"><li>Dine-in restaurants</li><li>Hair salons or barber shops:/li></ul>
+ <p class="wp-accordion-content">The following may open only in <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/County_Variance_Attestation_Form.aspx">counties approved to move further in the Resilience Roadmap</a>:</p>

- <h4 class="wp-accordion"><strong>Can I get a haircut?</strong></h4>
+ <ul class="wp-accordion-content"><li>Dine-in restaurants</li><li>Hair salons and barber shops</li><li>Casinos</li></ul>

- <p class="wp-accordion-content">It depends. If your county has been approved to move further in the Resilience Roadmap, then hair salons and barber shops may reopen in your area. See the list of <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/County_Variance_Attestation_Form.aspx">counties with a variance</a>.</p>
+ <p class="wp-accordion-content">Counties that are approved to progress further into the Resilience Roadmap can decide to open the following industries but are strongly encouraged to wait until June 12, 2020:</p>
+
+
+
+ <ul class="wp-accordion-content"><li>Family entertainment centers</li><li>Restaurants, wineries and bars</li><li>Zoos and museums</li><li>Gyms and fitness centers</li><li>Hotels (for tourism and individual travel)</li><li>Cardrooms and racetracks</li><li>Campgrounds and outdoor recreation</li></ul>
```

```
@@ -156,18 +160,42 @@ <h4 class="wp-accordion">If I am not an Essential Critical Infrastructure Worker

- <h4 class="wp-accordion"><strong><strong>Are gatherings permitted?</strong></strong></h4>
+ <h4 class="wp-accordion">Are mass gatherings permitted?</h4>

- <p class="wp-accordion-content">Gatherings—meetings or other events that bring together persons from multiple households at the same time for a shared or group experience in a single room, space, or place such as an auditorium, stadium, arena, large conference room, meeting hall, or other indoor or outdoor space—pose an especially great danger of transmission and spread of COVID-19. As a consequence, State public health directives prohibit professional, social and community mass gatherings.</p>
+ <p class="wp-accordion-content">State public health directives prohibit professional, social and community mass gatherings. Gatherings are defined as—meetings or other events that bring together persons from multiple households at the same time for a shared or group experience in a single room, space, or place such as an auditorium, stadium, arena, large conference room, meeting hall, or other indoor or outdoor space. They pose an especially high danger of transmission and spread of COVID-19.</p>

  <p class="wp-accordion-content">On May 25, 2020, in an effort to balance First Amendment interests with public health, the State Public Health Officer created an exception to the prohibition against mass gatherings for faith-based services and cultural ceremonies as well as protests. Those types of gatherings are permitted so long as they do not exceed 100 attendees or 25% of the capacity of the space in which the gathering is held, whichever is lower. All other mass gatherings are prohibited until further notice.</p>

  <p class="wp-accordion-content">On May 25, 2020, in an effort to balance First Amendment interests with public health, the State Public Health Officer created an exception to the prohibition against mass gatherings for faith-based services and cultural ceremonies as well as protests. Those types of gatherings are permitted so long as they do not exceed 100 attendees or 25% of the capacity of the space in which the gathering is held, whichever is lower. All other mass gatherings are prohibited until further notice.</p>

+ <h4 class="wp-accordion">Can I get a haircut?</h4>
+
+
+
+ <p class="wp-accordion-content">It depends. If your county has been approved to move further in the Resilience Roadmap, then hair salons and barber shops may reopen in your area. See the list of <a href="https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/County_Variance_Attestation_Form.aspx">counties with a variance</a>.</p>
+
+
+
+ <h4 class="wp-accordion">Can I visit my family and friends?</h4>
+
+
+
+ <p class="wp-accordion-content">It is best to stay connected with your loved ones through phone and video calls, as visiting family and friends outside your household still presents a risk of spreading coronavirus. Keeping distance from others is especially important for people that are at higher risk of getting very sick, including older people, and people of any age who have underlying medical conditions. </p>
+
+
+
+ <p class="wp-accordion-content">If you do visit family or friends that don't live in your home in person, take steps to keep everyone safe, like:</p>
+
+
+
+ <ul class="wp-accordion-content"><li>Keep at least 6 feet between yourself and others, even when you wear a face covering</li><li>Visit outdoors instead of indoors when possible</li><li>Wear a face covering or cloth mask</li><li>Wash your hands often</li><li>Clean and disinfect commonly- touched surfaces</li></ul>
+
+
+
  <h3 class="h2" id="political">Protected activities</h3>

  <h3 class="h2" id="political">Protected activities</h3>
```

```
@@ -228,11 +256,11 @@ <h4 class="wp-accordion">How do I vote?</h4>

- <p class="wp-accordion-content">Elections are an essential activity, and the <a href="https://www.gov.ca.gov/2020/05/08/governor-newsom-issues-executive-order-to-protect-public-health-by-mailing-every-registered-voter-a-ballot-ahead-of-the-november-general-election/">Governor has issued executive orders to ensure elections are safe and accessible</a>. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. Counties are required to provide <a href="https://www.gov.ca.gov/2020/06/03/governor-newsom-signs-executive-order-on-safe-secure-and-accessible-general-election-in-november/">three days of early voting</a> starting the Saturday before the election, and
+ <p class="wp-accordion-content">Elections are an essential activity, and the <a href="https://www.gov.ca.gov/2020/05/08/governor-newsom-issues-executive-order-to-protect-public-health-by-mailing-every-registered-voter-a-ballot-ahead-of-the-november-general-election/">Governor has issued executive orders to ensure elections are safe and accessible</a>. Vote-by-mail ballots will be sent to all registered voters for the November 3, 2020 General Election. Additionally, many in-person voting opportunities will be available: counties are required to provide <a href="https://www.gov.ca.gov/2020/06/03/governor-newsom-signs-executive-order-on-safe-secure-and-accessible-general-election-in-november/">three days of early voting</a>
```

```
California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Existing laws address the use of vote-by-mail ballots in California elections, and those laws remain in effect unless otherwise noted.</p>
3, 2020. The Secretary of State and the California Department of Public Health are working on additional guidance to ensure that all Californians are able to participate in elections safely. Except where suspended by Executive Order, existing laws addressing the use of vote-by-mail ballots in California elections remain in effect.</p>

- <p class="wp-accordion-content">Of course, whenever you engage in any permissible activity—including the collection and drop-off of ballots, or other election-related activities—be mindful of physical distancing and other measures to protect yourself and those around you.</p>
+ <p class="wp-accordion-content">Of course, whenever you engage in any permissible activity—including the collection and drop-off of ballots, or other election-related activities (such as the collection of signatures to qualify candidates or measures for the ballot)—adhere to physical distancing and other applicable public health directives.</p>

@@ -296,7 +324,7 @@ <h4 class="wp-accordion">Can I still exercise? Take my kids to the park for fres

- <p class="wp-accordion-content">It's okay to go outside to go for a walk, to exercise, and participate in healthy activities as long as you <strong>maintain a safe physical distance of six feet and gather only with members of your household.</strong> <a href="https://covid19.ca.gov/public-recreation/">Parks may be closed</a> to help slow the spread of the virus. Check with local officials about park closures in your area. Californians should not travel significant distances for recreation and should stay close to home. </p>
+ <p class="wp-accordion-content">It's okay to go outside to go for a walk, to exercise, and participate in healthy activities as long as you <strong>maintain a safe physical distance of six feet and gather only with members of your household.</strong> You can also participate in activities at <a href="https://covid19.ca.gov/pdf/guidance-campgrounds.pdf">outdoor recreational facilities</a> that are allowed to open. <a href="https://covid19.ca.gov/public-recreation/">Parks may be closed</a> to help slow the spread of the virus. Check with local officials about park closures in your area. Californians should not travel significant distances for recreation and should stay close to home. </p>

@@ -320,7 +348,7 @@ <h4 class="wp-accordion">Can I visit State Parks? What outdoor spaces are open?<

- <p class="wp-accordion-content">State Parks, campgrounds, museums, and visitor centers have been closed to help slow the spread of the virus. A list of all closures can be found at <a rel="noreferrer noopener" href="https://urldefense.proofpoint.com/v2/url?u=http-3A__www.parks.ca.gov_flattenthecurve&amp;d=DwMGaQ&amp;c=Lr0a7ed3egkbwePCNW4ROg&amp;r=yRsi0eKVX6Khc58oFC32XROAJ-JqVG8GabDv9P6148k&amp;m=_fPxTmPUxMvOIT4dV-3Qeb4cjflv8evlxNzeyjEJEu8&amp;s=vM7KQvLoqg2j3OwjOqT1KhF7RlcZWasPwkAbbnvfiGo&amp;e=" target="_blank">www.parks.ca.gov/flattenthecurve</a>. See a list of some outdoor spaces that are open on the <a href="https://covid19.ca.gov/public-recreation">Public recreation</a> page. Californians should not travel significant distances for pleasure or recreation and should stay close to home.</p>
+ <p class="wp-accordion-content">State Parks, campgrounds, museums, and visitor centers have been closed to help slow the spread of the virus. A list of all closures can be found at <a rel="noreferrer noopener" href="https://urldefense.proofpoint.com/v2/url?u=http-3A__www.parks.ca.gov_flattenthecurve&amp;d=DwMGaQ&amp;c=Lr0a7ed3egkbwePCNW4ROg&amp;r=yRsi0eKVX6Khc58oFC32XROAJ-JqVG8GabDv9P6148k&amp;m=_fPxTmPUxMvOIT4dV-3Qeb4cjflv8evlxNzeyjEJEu8&amp;s=vM7KQvLoqg2j3OwjOqT1KhF7RlcZWasPwkAbbnvfiGo&amp;e=" target="_blank">www.parks.ca.gov/flattenthecurve</a>. See a list of some outdoor spaces that are open on the <a href="https://covid19.ca.gov/public-recreation">Public recreation</a> page. Some counties will also be able to open campgrounds and RV parks starting on June 12. Californians should not travel significant distances for pleasure or recreation and should stay close to home.</p>

@@ -336,7 +364,7 @@ <h4 class="wp-accordion"><strong>Can I travel?</strong></h4>

- <p class="wp-accordion-content">You can travel for urgent matters or if such travel is essential to your permitted work. Non-essential travel for vacations or pleasure should be avoided. This is to slow the spread of the coronavirus.</p>
+ <p class="wp-accordion-content">You can travel for urgent matters or if such travel is essential to your permitted work. Even though businesses around the state are opening up, avoid travelling long distances for vacations or pleasure as much as possible. This is to slow the spread of the coronavirus. Do not travel if you are sick, or if someone in your household has had coronavirus in the last two weeks. Do not travel with someone who is sick. </p>

@@ -368,4 +396,12 @@ <h4 class="wp-accordion">Can I go to the Department of Motor Vehicles (DMV)?</h4

+ <h4 class="wp-accordion"><strong>Can I get my smog checked?</strong></h4>
+
+
+
+ <p class="wp-accordion-content">The <a href="https://www.bar.ca.gov/COVID-19_Impacts_on_BAR_Programs_and_Services.aspx">Bureau of Automotive Repair</a> advises drivers to still pay DMV vehicle registration fees to avoid any late fees. However, you will not receive your new registration or year sticker until the smog information has been received by DMV. Once state and local orders or directives are no longer in effect, consumers can then obtain the required smog check certificate to complete the DMV vehicle registration process.</p>
+
+
+
  <p></p>
```

0 comments on commit 98aea18

Lock conversation

Write
Preview
Attach files by dragging & dropping, selecting or pasting them.
Comment on this commit

Unsubscribe You're receiving notifications because you're watching this repository.

© 2020 GitHub, Inc.   Terms   Privacy   Security   Status   Help      Contact GitHub   Pricing   API   Training   Blog   About

# CERTIFICATE OF SERVICE

Case Name: **Blankenship, Donald, et al. v. Gavin Newsom, et al.** Case No. **3:20-cv-04479**

I hereby certify that on July 10, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ANGELICA QUIRARTE IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 10, 2020, at Los Angeles, California.

| Beth L. Gratz | */s/ Beth L. Gratz* |
|---|---|
| Declarant | Signature |

63419391.docx+